UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



CHARLES DECKER; NEW YORK
STATE CORRECTIONAL OFFICERS
& POLICE BENEVOLENT
ASSOCIATION; and LARRY M.
FLANAGAN, JR., President of NYS
Correctional Officers & Police
Benevolent Association,

                    Plaintiffs,

-v.-                                     5:08-cv-0369
                                          (NPM/DRH)

NEW YORK STATE DEPARTMENT
OF CORRECTIONAL SERVICES;
BRIAN FISHER, in his official capacity
as Commissioner of the New York State
Department of Correctional Services;
GLENN GOORD, in his official capacity
and individually; RICHARD ROY, in his
official capacity and individually;
HAROLD GRAHAM, in his official
capacity and individually; JOSEPH
BELLNIER, in his official capacity and
individually, and VINCENT LUME, in his
official capacity and individually,

                    Defendants.

APPEARANCES:

SHEEHAN, GREEN, CARRAWAY,      EDWARD J. GREENE, JR., ESQ.
  GOLDERMAN & JACQUES, LLP       LAWRENCE H. SCHAEFER, ESQ.
Attorneys for Plaintiffs
54 State Street
Albany, New York 12207

| | |
|---|---|
| ERIC T. SCHNEIDERMAN<br>Attorney General of the State of New York<br>Attorneys for Defendants<br>The Capitol<br>Albany, New York 12224 | BRIAN J. O'DONNELL, ESQ.<br>Assistant Attorney General |

Neal P. McCurn, Senior District Judge

### *Summary Order*

Today this court filed under seal a Memorandum, Decision and Order ("MDO") granting a motion for summary judgment by defendants and denying a cross motion for summary judgment by plaintiffs. The amended complaint as well as all motion papers have also been filed under seal pursuant to the Order of Honorable David R. Homer, United States Magistrate Judge. See Dkt. No. 12.

The parties are advised that the MDO shall remain sealed for thirty (30) days from the date of its filing, after which time it will be unsealed and will be available to the public. The parties are invited to suggest redactions for the publicly filed version, with supporting legal authority. Said suggestions should be submitted by letter motion and may be filed under seal. Failure to suggest redactions will result in the MDO being unsealed and publicly filed after the expiration of thirty (30) days from the date of filing of this Order.

IT IS SO ORDERED.

DATED:   April 14, 2011
         Syracuse, New York

_____
Neal P. McCurn
Senior United States District Judge